# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00643JMS-BMK

CASE NAME:        Janis Hauser, et al. Vs.  Na Pali Explorer

ATTYS FOR PLA:    Howard McPherson

ATTYS FOR DEFT:   Michael Nakano

INTERPRETER:

---

JUDGE:    Barry M. Kurren        REPORTER:    No Record

DATE:     12/22/2005             TIME:        11:00 - 12:15

---

COURT ACTION:  EP: Settlement Conference - held.

Tentative settlement reached.

CRM Richlyn Young to contact parties to schedule a due date for the stipulation for dismissal.


Submitted by: Toni Fujinaga, Courtroom Manager.