ORIGINAL

| MICHAEL D. FORMBY | 5199-0 |
| MICHAEL J. NAKANO | 6940-0 |

FRAME FORMBY & O'KANE
Attorneys at Law
A Law Corporation
Four Waterfront Plaza, Ste. 575
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Telephone: (808) 545-3043
Facsimile: (808) 545-3065
E-mail: FFOMaritime@aol.com

Attorneys for Defendant
LADY ANN CRUISES, INC.
dba NA PALI EXPLORER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 01 2006

at 2 o'clock and 18 min. P.M
SUE BEITIA, CLERK

LODGED

JAN 31 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JANIS HAUSER and TIMOTHY HAUSER, | ) | CIVIL NO. CV04 00643 JMS/BMK |
| | ) | (In Admiralty) |
| Plaintiffs, | ) | |
| | ) | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER |
| vs. | ) | |
| NA PALI EXPLORER, | ) | |
| Defendant. | ) | |
| | ) | TRIAL DATE: 02/28/06 |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS; ORDER

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiffs JANIS HAUSER and TIMOTHY HAUSER (collectively "Plaintiffs") and Defendant LADY ANN CRUISES, INC. dba NA PALI EXPLORER ("Defendant"), by and through their respective counsel, that any and all claims which were asserted and/or which could have been asserted against Defendant be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

This stipulation is signed by all parties who have appeared in this action. Trial is currently set for February 28, 2006, before the Honorable J. Michael Seabright.

DATED: Honolulu, Hawaii; Jan 31, 2006.

HOWARD G. McPHERSON
Attorney for Plaintiffs

MICHAEL D. FORMBY
MICHAEL J. NAKANO
Attorneys for Defendant

APPROVED AND SO ORDERED:

JUDGE OF THE ABOVE-ENTITLED COURT

*JANIS HAUSER and TIMOTHY HAUSER v. NA PALI EXPLORER*, Civil No. 04-00643 JMS/BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER

2